**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

FRANCISCO ORTEGA PEREA, *individually and on behalf of others similarly situated,*

*Plaintiff*,

-against-

RANCH MINI MARKET & DELI INC. (d/b/a RANCH MINI MARKET & DELI), AMR ALBAZ, and NASSER ABDULLAH ABDO

*Defendants,*

-----------------------------------------------------------------X

Civil Action No. 1:25-cv-08872-AS

**JUDGMENT**

**JUDGMENT**

On June 22, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Francisco Ortega Perea, has judgment against Amr Albaz in the amount of Three Thousand Dollars and No Cents ($3,000.00), which is inclusive of attorneys' fees and costs.

Dated: June 22, 2026

JUDGE ARUN SUBRAMANIAN