**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FRANCISCO ORTEGA PEREA*, individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

RANCH MINI MARKET & DELI INC. (d/b/a RANCH MINI MARKET & DELI), AMR ALBAZ, and NASSER ABDULLAH ABDO,

*Defendants.*

---------------------------------------------------------------X

**Case No.: 1:25-cv-08872-AS**

**~~PROPOSED~~ DEFAULT JUDGMENT**

Plaintiff commenced this action by filing a Complaint (and associated documents) on October 27, 2025.

To date, Defendants Ranch Mini Market & Deli Inc. (D/B/A Ranch Mini Market & Deli), and Nasser Abdullah Abdo have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of Ranch Mini Market & Deli Inc. (D/B/A Ranch Mini Market & Deli), and Nasser Abdullah Abdo on June 29, 2026.

NOW, on motion of Plaintiff, by his attorneys, Michael Faillace & Associates, P.C, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Francisco Ortega Perea has judgment, joint and severally, against Defendants Ranch Mini Market & Deli Inc. (D/B/A Ranch Mini Market & Deli), and Nasser Abdullah Abdo in the total amount of ~~$29,790.32~~ $29,973.84, including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $8,834.50; (B) liquidated damages for unpaid minimum wages and overtime compensation in the amount of $8,834.50; (C) pre-judgment interest on unpaid minimum wages and overtime compensation of ~~$1,851.32~~ $2,034.84; (D) spread of hours damages of $135; (E) liquidated damages for unpaid spread of hours of $135; (E) statutory damages for violations of New York Labor Law § 195(1) in the amount of $5,000.00; (F) statutory damages for violations of New York Labor Law § 195(3) in the amount of $5,000.00.

That Plaintiff is awarded attorney's fees in the amount of $3,517.50, and costs in the amount of $647.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
September 14, 2026

HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE