UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO ORTEGA PEREA, individually and on behalf of others similarly situated,

Plaintiff,

-against-

RANCH MINI MARKET & DELI INC. (d/b/a RANCH MINI MARKET & DELI, AMR ALBAZ, and NASSER ABDULLAH ABDO,

Defendants.

25-cv-8872 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has entered judgment against defendant Amr Albaz, *see* Dkt. 28 (satisfied at Dkt. 31), and default judgment against defendants Ranch Mini Market & Deli Inc. and Nasser Abdullah Abdo, *see* Dkt. 39. No claims or parties remain before the Court. Accordingly, the Clerk of Court is respectfully directed to terminate Dkt. 32 and close this case.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge